```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

**SAMUEL MOSHE ECKSTEIN,**

       Plaintiff,

v.                                            Civil Action No. 2:14-14273

**THE STATE OF WEST VIRGINIA,**

       Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, filed on May 8, 2017, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, therefore, ORDERED that the plaintiff's complaint be, and it hereby is, dismissed without prejudice for failure to prosecute.

The Clerk is directed to forward copies of this written opinion and order to plaintiff, all counsel of record and the United

States Magistrate Judge.

DATED: June 6, 2017

John T. Copenhaver, Jr.
United States District Judge